COMMONWEALTH of Pennsylvania, Respondent

v.

Jason PARKER, Petitioner

No. 285 MAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

Diane ROSETSKY a/k/a/ Diane Gochin, Petitioner

v.

Norman ROSETSKY, Respondent

No. 229 MAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Janet BUNDY, Petitioner

No. 156 MAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**